**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOUGLAS J. NESMITH, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 2:25-cv-05402-KBH |
| THE CITY OF PHILADELPHIA, et al., | |
| Defendants. | |
| RONALD HOLT, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 2:25-cv-05511-KBH |
| THE CITY OF PHILADELPHIA, et al., | |
| Defendants. | |
| VANESSA LOWERY-BROWN | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 2:25-cv-06021-KBH |
| THE CITY OF PHILADELPHIA, et al., | |
| Defendants. | |
| SYDNEY CORIMES, | |
| Plaintiff, | CIVIL ACTION |
| v. | No. 2:25-cv-06022-KBH |
| THE CITY OF PHILADELPHIA, et al., | |
| Defendants. | |

**ORDER**

**AND NOW**, this 5th day of January, 2026, it is hereby **ORDERED** and **DECREEED** that, upon the joint motion of the parties, the above-captioned matters are hereby consolidated for purposes of discovery and a joint Federal Rule of Civil Procedure 16 in these consolidated matters shall be held by video teleconference on February 11, 2026 at 11:00 a.m.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within fourteen (14) days of the date of this Order;

2. The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference; and

3. After consultation with counsel for all parties, counsel shall complete the required Report of Rule 26(f) Meeting and file the same with the Clerk of Court at least seven (7) days prior to the Rule 16 conference. Counsel shall use the Report of Rule 26(f) Meeting Form prescribed by Judge Hodge in her Policies and Procedures.

By the Court:

**/s/ Hon. Kelley B. Hodge**

The Honorable Kelley Brisbon Hodge
United States District Judge